UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR,<br>　　　　Plaintiff(s),<br>　　v.<br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br>　　　　Defendant(s). | No. C05-5211 MMC (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Plaintiff(s) and Defendant(s) and their Attorney(s) of record:

On February 6, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for Friday, August 10, 2007. Your statement was due August 3, 2007. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: August 7, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\Harbor.latepapers.ord.wpd

1