1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   BEN HARBOR,                    )
                                    )
12            Plaintiff(s),         )      No. C05-5211 MMC (BZ)
                                    )
13        v.                        )
                                    )      **ORDER TO SHOW CAUSE**
14                                  )
     ALAMEDA-CONTRA COSTA TRANSIT   )
15   DISTRICT,                      )
                                    )
16            Defendant(s).         )
                                    )
17   _____)

18        Pursuant to Judge Chesney's Order dated February 2, 2007,

19   on February 6, 2007 I scheduled a settlement conference for

20   Friday, August 10, 2007.  That Order required settlement

21   conference statements to be served and lodged seven calendar

22   days before the conference.  When that did not occur, on

23   August 7, 2007, I issued an Order Re Overdue Papers.  No

24   settlement conference papers were filed.  Nor did anyone appear

25   at the settlement conference this morning.  **IT IS THEREFORE**

26   **ORDERED** that by no later than **August 20, 2007**, each party shall

27   show cause in writing why it should not be held in contempt of

28   court or otherwise sanctioned for disobeying the court's prior

1

1  orders.  A hearing on the Order To Show Cause is scheduled for

2  **September 5, 2007 at 10:00 a.m.,** in Courtroom G, 15th Floor,

3  Federal Building, 450 Golden Gate Avenue, San Francisco,

4  California 94102.  Plaintiff, a representative of defendant and

5  counsel for both sides shall appear personally.

6  Dated: August 10, 2007

7

8                            Bernard Zimmerman
                      United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2