IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>    Defendant.<br>_____/ | No. C-05-5211 MMC<br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' "joint request and stipulation," filed August 16, 2007, to continue the discovery cut-off and the trial date in the above-referenced action by 60 days. In light of such request, the further status conference currently scheduled for October 26, 2007 at 10:30 a.m. is hereby ADVANCED to September 7, 2007 at 10:30 a.m. The parties shall file a joint status conference statement no later than August 31, 2007 and shall be prepared to discuss the above-referenced request at the status conference.

    **IT IS SO ORDERED.**

Dated: August 21, 2007

                                    MAXINE M. CHESNEY
                                    United States District Judge