UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, et al.,<br><br>    Defendants. | No. C05-5211 MMC (BZ)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court having received timely proof of payment from plaintiff's counsel, William R. Hopkins, **IT IS HEREBY ORDERED** that the Order to Show Cause, entered on August 10, 2007 is **DISCHARGED AS TO PLAINTIFF'S COUNSEL ONLY.** The hearing scheduled for September 5, 2007 will proceed as to defendant's counsel.

Dated: August 31, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\OSCDISCH.PLTSCOUNSEL.BEN HARBOR.wpd

1