UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR,<br><br>      Plaintiff(s),<br><br>v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>      Defendant(s). | No. C05-5211 MMC (BZ)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On August 21, 2007, I issued an Order directing defendant's attorney to show cause why she should not be held in contempt of court or otherwise sanctioned for not lodging a settlement conference statement, not responding to an Order Re Overdue Papers and not appearing at the settlement conference. Attorney Cathleen A. Wadhams appeared before me on September 5, 2007, and advised me that internal procedures have been established within the Office of the General Counsel of the Alameda-Contra Costa Transit District to ensure that these oversights will not recur. In particular, when cases are transferred within the office, newly assigned attorneys will file a notice of appearance and

1

register with the court and when attorneys are absent, email notifications of court filings will be disseminated to other attorneys. Based on these representations, the order to show cause is **DISCHARGED**. Ms. Wadhams shall provide the General Counsel of Alameda-Contra Costa Transit District with a copy of this order.

Dated: September 5, 2007

　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\HARBOR.ORDER.DISCHARGING.OSC.BZ.wpd