UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR,<br>      Plaintiff(s),<br>  v.<br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br>      Defendant(s). | No. C05-5211 MMC (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Plaintiff(s) and their Attorney(s) of record:

On February 6, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for Thursday, October 25, 2007. Your statement was due October 18, 2007. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: October 22, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\BEN HARBOR\Harbor.latepapers3.ord.wpd

1