IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR, | No. C-05-5211 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, | |
| Defendant. | |

Before the Court is the parties' Joint Status Conference Report, filed November 30, 2007, wherein the parties represent that the related labor arbitration has not been finalized and request that the Court set another status conference in February 2008.

Given the current status of the arbitration, the December 7, 2007 Case Management Conference in the above-titled matter is hereby CONTINUED to February 29, 2008 at 10:30 a.m. The parties shall file a joint status conference statement no later than February 22, 2008.

**IT IS SO ORDERED.**

Dated: December 3, 2007

MAXINE M. CHESNEY
United States District Judge