IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEN HARBOR,

    Plaintiff,

v.

ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,

    Defendant.

No. C-05-5211 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is the parties' Joint Status Conference Report, filed February 22, 2008, wherein the parties represent that the related labor arbitration has not been finalized and request that the Court set another status conference in May 2008.

    Given the current status of the arbitration, the February 29, 2008 Case Management Conference in the above-titled matter is hereby CONTINUED to May 30, 2008 at 10:30 a.m. The parties shall file a joint status conference statement no later than May 23, 2008.

    **IT IS SO ORDERED.**

Dated: February 25, 2008

MAXINE M. CHESNEY
United States District Judge