IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR, | No. C-05-5211 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, | |
| Defendant. | |

Before the Court is the parties' Joint Status Conference Report, filed May 23, 2008, wherein the parties again represent that the related labor arbitration has not been finalized, and again request that the Court set another status conference, in this instance for a date in August 2008.

Given the current status of the arbitration, the May 30, 2008 Case Management Conference in the above-titled matter is hereby CONTINUED to August 29, 2008 at 10:30 a.m.  The parties shall file a joint status conference statement no later than August 22, 2008.

**IT IS SO ORDERED.**

Dated: May 27, 2008

MAXINE M. CHESNEY
United States District Judge