IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR, | No. C-05-5211 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, | |
| Defendant. | |

Before the Court is the parties' Joint Status Conference Report, filed November 14, 2008, wherein the parties again represent that the related labor arbitration has not been finalized, and again request that the Court set another status conference, in this instance for a date in February 2009.

Given the current status of the arbitration, the November 21, 2008 Case Management Conference in the above-titled matter is hereby CONTINUED to February 20, 2009 at 10:30 a.m.  The parties shall file a joint status conference statement no later than February 13, 2009.

**IT IS SO ORDERED.**

Dated: November 14, 2008


MAXINE M. CHESNEY
United States District Judge