**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BEN HARBOR,                               No. C-05-5211 MMC

12              Plaintiff,                     **ORDER CONTINUING CASE**
                                               **MANAGEMENT CONFERENCE**
13     v.

14   ALAMEDA-CONTRA COSTA TRANSIT
     DISTRICT,
15
                Defendant.
16   _____/

17

18         Before the Court are defendant's "Status Conference Report," filed February 13,

19   2009, and plaintiff's "Status Report," filed February 17, 2009.  Defendant, in its report,

     states that although the arbitrator in the related labor arbitration has issued a "further
20
     decision," the parties have not yet had the opportunity to review such decision to
21
     determine, <u>inter alia</u>, "what issues will remain in dispute for this civil action."  (<u>See</u> Def.'s
22
     Rep. at 2:13-17.)  Defendant further states that the parties request a continuance of the
23
     Case Management Conference in the instant action to a date in April 2009.  Plaintiff, in his
24
     report, states he "fully agree[s]" with the statements made in defendant's report.  (<u>See</u> Pl.'s
25
     Rep. at 1:23.)
26
           Given the need of the parties to review the arbitrator's decision and to determine its
27
     impact on the action, the February 20, 2009 Case Management Conference is hereby
28
     CONTINUED to April 10, 2009.  The parties shall file a Joint Case Management

1    Conference Statement no later than April 3, 2009.

2    **IT IS SO ORDERED.**

3

4    Dated:  February 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28