IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN HARBOR, | No. C-05-5211 MMC |
| Plaintiff, | **ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR REMAND** |
| v. | |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, | |
| Defendant. _____ / | |

On May 12, 2009, plaintiff filed a motion for remand. The motion was not noticed for hearing.

Accordingly, the Court hereby SETS the motion for hearing on June 26, 2009. Defendant's opposition and plaintiff's reply thereto shall be filed in compliance with the Civil Local Rules of this district. See Civ. L.R. 7-3(a), (c).

**IT IS SO ORDERED.**

Dated: May 18, 2009

MAXINE M. CHESNEY
United States District Judge