1  WILLIAM R. HOPKINS, SBN 170122
   1628 TIBURON BOULEVARD
2  TIBURON, CA  94920
   Telephone:  (415) 435-5507
3  Facsimile: (415) 435-5597

4  Attorneys for Plaintiff BEN HARBOR

5  CATHLEEN A. WADHAMS, SBN 100434
   ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
6  OFFICE OF THE GENERAL COUNSEL
   1600 FRANKLIN STREET, 6TH FLOOR
7  OAKLAND, CA  94612
   Telephone:  (510) 891-4827
8  Facsimile: (510) 891-4724

9  Attorneys for Defendant AC TRANSIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BEN HARBOR, | ) | NO.  C 05 5211 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PLAINTIFF'S NOTICE OF DISMISSAL OF SECOND AND FIFTH CLAIM FOR RELIEF; ORDER THEREON |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, et al., | ) | |
| Defendants. | ) | |

Plaintiff hereby gives notice of its dismissal with prejudice of the second claim for relief for violation of 42 USC Section 1983 and the fifth claim for relief for intentional infliction of emotional distress.

DATED: June 25, 2009

/s/
William R. Hopkins
Attorney for Plaintiff Ben Harbor

Dated: June 25, 2009

IT IS SO ORDERED
Judge Maxine M. Chesney

Plaintiff's Notice of Dismissal of Second and Fifth Claim for Relief

1