1   WILLIAM R. HOPKINS, SBN 170122
    1628 TIBURON BOULEVARD
2   TIBURON, CA  94920
    Telephone:  (415) 435-5507
3   Facsimile:  (415) 435-5597

4   Attorney for Plaintiff BEN HARBOR

5   CATHLEEN A. WADHAMS, SBN 100434
    ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
6   OFFICE OF THE GENERAL COUNSEL
    1600 FRANKLIN STREET, 6TH FLOOR
7   OAKLAND, CA  94612
    Telephone:  (510) 891-4827
8   Fax: (510) 891-4724

9   Attorneys for Defendant AC TRANSIT

10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  BEN HARBOR,                    )        NO.  C 05 5211 MMC
                                   )
15          Plaintiff,             )
                                   )
16  v.                             )        JOINT STIPULATION FOR REMAND
                                   )        OF REMAINING CLAIMS AND
17  ALAMEDA-CONTRA COSTA           )        ~~PROPOSED~~ ORDER
    TRANSIT DISTRICT, et al.,_     )        _____
18                                 )
            Defendants.            )
19  _____    )

20          The parties hereby agree that the Court will remand to state court the

21  remaining claims for relief, specifically the first claim for wrongful termination in

22  violation of public policy, the third cause of action for violation of Labor Code section

23  6310, the fourth claim for relief for violation of Labor Code section 6311.

24  Dated: June 25, 2009     _____/s/_____
                                             William R. Hopkins
25                                           Attorney for Plaintiff Ben Harbor

26

27  Dated: June 25, 2009     _____/s/_____
                                             Cathleen A. Wadhams
28                                           Attorney for Defendant AC Transit__

Joint Stipulation for Remand of Remaining Claims and Proposed Order

1

**ORDER GRANTING REMAND OF REMAINING CLAIMS**

2          The Court hereby approves of the stipulation reached by the parties for the

3  remand of the remaining claims.  Plaintiff has filed a dismissal with prejudice of the

4  second claim for relief for violation of 42 USC Section 1983 and the fifth claim for relief

5  for intentional infliction of emotional distress.  Accordingly, the First, Third, and Fourth Causes
   of Action are hereby remanded to the Alameda County Superior Court.

6          DATED:  June 25, 2009

7

8                                                          _____

9                                                          MAXINE M. CHESNEY
                                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Remand of Remaining Claims and Proposed Order